UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-174-RAJ |
| Plaintiff, | |
| v. | DETENTION ORDER |
| VICTOR ANTONIO ALVAREZ-HARO, | |
| Defendant. | |

<u>Offense charged</u>: Conspiracy to Distribute Controlled Substances; Possession of Methamphetamine with Intent to Distribute; Distribution of Heroin and Methamphetamine; Possession of Heroin, Methamphetamine, and Cocaine with Intent to Distribute; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>: October 18, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a native and citizen of Mexico. The government alleges that his presence in the United States is illegal. An immigration detainer has been filed. Defendant was not interviewed by Pretrial Services, so much of his background information is unknown or unverified. Defendant does not contest entry of an order of detention

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 18th day of October, 2018.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge